# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50093 | **DATE** | 6/27/2008 |
| **CASE TITLE** | Joe vs. Knowledge | | |

**DOCKET ENTRY TEXT:**

Hearing held on plaintiff's application to proceed in forma pauperis and motion to appoint counsel. For the reasons stated in open court, the application to proceed in forma pauperis is denied and the motion for appointment of counsel is denied without prejudice. $350 filing fee to be paid by July 27, 2008 or this case will be dismissed without prejudice.

*[signature]*

Notices mailed by Judicial staff.

00:15

FILED

JUL 0 2 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | sw |
|---|---|---|