UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
MAY 2 8 2008
MICHAEL W. DOBBINS
CLERK, U. S. DISTRICT COURT

Tina Joa )
_____ )
_____ )
_____ ) CIVIL ACTION
(Name of the plaintiff or plaintiffs) )
)
        v.                        ) NO. 08 C 5 0 0 9 3
)
Knowledge Learning Center )
_____ )
_____ )
_____ )
(Name of the defendant or defendants) )

**COMPLAINT OF EMPLOYMENT DISCRIMINATION**

1. This is an action for employment discrimination.

2. The plaintiff is __Tina Joa__ of the county of __Winnebago__ in the state of __IL__.

3. The defendant is __Knowledge Learning Center__, whose street address is __4345 Maray Drive__, (city) __Rockford__ (county) _____ (state) __IL__ (ZIP) __611__

(Defendant's telephone number) (___) – _____

4. The plaintiff sought employment or was employed by the defendant at (street address) _____ (city) _____

(county) _____ (state) _____ (ZIP code) _____

5. The plaintiff [*check one box*]

   (a) ☐ was denied employment by the defendant.

   (b) ☐ was hired and is still employed by the defendant.

   (c) ☒ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) April, (day) 7, (year) 2006.

7.1 *(Choose paragraph 7.1 or 7.2, do not complete both.)*

   (a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☐ has not ☒ has filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

   (i) ☒ the United States Equal Employment Opportunity Commission, on or about (month) September (day) 29 (year) 2006.

   (ii) ☐ the Illinois Department of Human Rights, on or about (month) December (day) 8 (year) 2006.

   (b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☒ YES. ☐ NO, **but plaintiff will file a copy of the charge within 14 days.**

   It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and

   (a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint.

2

☐ Yes (month)_____ (day)_____ (year)_____

☐ No, did not file Complaint of Employment Discrimination

(b) The plaintiff received a Final Agency Decision on (month)_____ (day)_____ (year)_____.

(c) Attached is a copy of the

(i) Complaint of Employment Discrimination,

☒ YES ☐ NO, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☒ YES ☐ NO, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue*.

(b) ☐ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month) December (day) 8 (year) 2006 a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's *[check only those that apply]*:

(a) ☐ Age (Age Discrimination Employment Act).

(b) ☒ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

    (c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

    (d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

    (e) ☒ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

    (f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

    (g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]

    (a) ☐ failed to hire the plaintiff.

    (b) ☐ terminated the plaintiff's employment.

    (c) ☐ failed to promote the plaintiff.

    (d) ☐ failed to reasonably accommodate the plaintiff's religion.

    (e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

    (f) ☐ failed to stop harassment;

    (g) ☒ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

    (h) ☐ other (specify):_____

_____
_____
_____
_____
_____

13. The facts supporting the plaintiff's claim of discrimination are as follows:

I was at work on April 7 2006 and my mother had past several monthes before that April 7 2006 was my late mother birthday I was crying and at times crying uncontrol. I asked Lori several time if I could go home for the day; Lori Ireland keep saying she would see what she could do. I witness Lori allowing other Caucasian teacher go home early to go on job interviews

14. [*AGE DISCRIMINATION ONLY*] Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury.  ☐ YES   ☒ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

   (a) ☐ Direct the defendant to hire the plaintiff.

   (b) ☐ Direct the defendant to re-employ the plaintiff.

   (c) ☐ Direct the defendant to promote the plaintiff.

   (d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

   (e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

   (f) ☐ Direct the defendant to (specify): _____

one teacher was allowed to go her because she had a hang over and another teacher was emotional upset because her grandmother passed and Lori Ireland allowed all three teachers to be released early. I was very upset that April 7 2006. I felt that I was being treated unfair because she allowed them to go home for varies reasons. I felt she treated me different because of my race an African American.

_____

_____

_____

_____

(g) ☒  If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☐  Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)
_____Tina Joe_____

(Plaintiff's name)
_____Tina Joe_____

(Plaintiff's street address)
_____

_____

(City) Rockford (State) IL (ZIP) 61102
(Plaintiff's telephone number) 815-9642989

Date: 5/28/08

6

Tina Joe
1938 Rose Terra
Rockford, IL 611

To Whom it May Concern,

      I Tina Joe would like to appeal my case against Knowledge Learning Center, that is located at 4345 Maray Drive in Rockford, IL. 61107 where I was employed as a Preschool Teacher.

Is I stated in my case, l believe that I have sufficient evidence that I was discriminated against and wrongfully terminated.

I don't believe that my case was fully investigated, do to the findings and the contradictory statements that were obtained.

I have documented proof of things that were not investigated to the fullest. This is why, I am appealing the decision I received. I would like you to review what I have, and maybe you too, would say that I was wrongfully terminated and suffered undo emotional stress, along with pain and suffering.

Thank you for your time and please just hear me out.

                        Sincerely,

                        Tina C. Joe

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 440-2006-10075 |

**Illinois Department Of Human Rights** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Tina C. Joe | (815) 964-2989 | 05-03-1965 |

Street Address: 1938 Rose Terrace, Rockford, IL 61102

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| KNOWLEDGE LEARNING CENTER | 15 - 100 | (815) 226-9090 |

Street Address: 4345 Maray Drive, Rockford, IL 61107

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 12-03-2005    Latest: 04-10-2006
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by Respondent on or about May 5, 2005, for the position of Teacher. Since my employment began I and another Black Teacher have been treated differently than our similarly situated non-Black co-workers in the form of inappropriate racial remarks, being held to a different standard regarding the dress code, and not being allowed to take breaks together. In addition, on or about April 10, 2006, I was discharged for leaving early, similarly situated non-Black, teachers who have previously left early were not discharged.

I believe I have been discharged because of my race in violation of Title VII of the Civil Rights Act of 1964, as amended.

SEP 29 2006

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – When necessary for State and Local Agency Requirements

I declare under penalty of perjury that the above is true and correct.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

Sep 29, 2006     *Tina Joe* (Charging Party Signature)

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

ILLINOIS DEPARTMENT OF
# Human Rights
COMMEMORATING 25 YEARS OF SERVICE

ROD BLAGOJEVICH, GOVERNOR
ROCCO CLAPS, DIRECTOR

December 8, 2006

Ms. Tina C. Joe
1938 Rose Terrace
Rockford, IL 61102

Re:  **Tina C. Joe v. Knowledge Learning Center, Control Number 071206068:**

Dear Ms. Joe,

When you filed your charge of discrimination with the United States Equal Employment Opportunity Commission (EEOC) it was automatically filed with the Illinois Department of Human Rights. At this time, the Department is keeping a copy of your EEOC charge on file to preserve jurisdiction under Illinois law. **It is important for you to understand that the Department is taking no other action on your charge at this time, and there is no need for you to contact the Department of Human Rights.**

**In the future, after you have received EEOC's determination and findings**, if you wish to have the Department investigate your charge, you must notify the Department in writing within 35 days. Along with your letter, you must include a copy of EEOC's determination and findings. The letter should be sent to the Department of Human Rights, ATTN: Pre-Investigations/EEOC Charge, and sent via U.S. Postal certified mail, return receipt requested. If you choose to personally deliver the letter and EEOC's findings, you must bring an original and one copy of each. The copies will be stamped by the Department and should be kept for your records.

When the Department receives your letter, including a copy of EEOC's determination and findings, you will be sent a notice to perfect (you must sign and notarize) your EEOC charge. If you do not perfect the charge and return it to the Department within 35 days after you receive the Department's notice, the Department shall conclude that you do not want the Department to investigate your claim and shall close your case. Upon receipt of the perfected charge the Department may adopt the EEOC determination and findings.

It is not necessary that Respondent take any action at this time.

This letter does not apply to any settlement of this charge the parties have made with EEOC.

THE DEPARTMENT OF HUMAN RIGHTS

Cc:
Knowledge Learning Center
4345 Maray Drive
Rockford, IL 61107