# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50093 | **DATE** | 7/28/2008 |
| **CASE TITLE** | Joe vs. Knowledge | | |

**DOCKET ENTRY TEXT:**

The $350 filing fee has been paid. This case is referred to Magistrate Mahoney for all pretrial matters.

*[Signature: Frederick J. Kapala]*

Docketing to mail notices.

| | Courtroom Deputy Initials: | sw |
|---|---|---|

Case 3:08-cv-50093   Document 11   Filed 07/28/2008   Page 1 of 1

08C50093 Joe vs. Knowledge                                                                 Page 1 of 1